IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:15-CR-9-4D

UNITED STATES OF AMERICA,
    Plaintiff,

v.

OCTABIA LAUREN BOONE,
    Defendant

## ORDER

THIS MATTER is before the Court on defendant's Motion to Seal.

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. Defendant's Motion filed at Docket Entry 184 shall be sealed by the Clerk until further notice of this Court.

SO ORDERED. This 1 day of June 2015.

JAMES C. DEVER III
Chief United States District Judge