IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:15-CR-9-4D

UNITED STATES OF AMERICA,
    Plaintiff,

v.

OCTABIA LAUREN BOONE,
    Defendant

## ORDER

THIS MATTER is before the Court on defendant's Fourth Motion to Extend Pre-Trial Motions Deadline.

Defendant shall file all pre-trial motions, including motions to compel discovery, motions to suppress and motions under Rules 7, 8, 12, 13, 14, 16, and 41, Fed. R. Crim. P., no later than June 12, 2015. Responses to defendant's motions shall be filed no later than June 26, 2015.

SO ORDERED. This 1 day of June 2015.

JAMES C. DEVER III
Chief United States District Judge