IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:15-CR-9-4D

UNITED STATES OF AMERICA,
    Plaintiff,

v.

OCTABIA LAUREN BOONE,
    Defendant

## ORDER

This matter is before the Court on Defendant Octabia Boone's Motion to Seal Sentencing Memorandum.

FOR GOOD CAUSE SHOW, the Motion filed at D.E. 175 shall be sealed by the Clerk until further order of this Court.

SO ORDERED.

This the **30** day of **August**, 2016.

JAMES C. DEVER III
Chief United States District Judge