IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CR-9-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| OCTABIA LAUREN BOONE, ) | |
| ) | |
| Defendant. ) | |

The United States shall file a response to petitioner's motion to reduce sentence [D.E. 434].

The response is due not later than June 9, 2017.

SO ORDERED. This 7 day of May 2017.

JAMES C. DEVER III
Chief United States District Judge