IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CR-9-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| OCTABIA LAUREN BOONE, | ) | |
| | ) | |
| Defendant. | ) | |

The court received a letter from defendant on March 13, 2017 [D.E. 453]. Defendant requests a copy of the sentencing transcripts pertaining to her case. "An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833-34 (4th Cir. 1964). Defendant has failed to show a particularized need for the transcript, and thus, to the extent her letter could be construed as a motion to obtain the documents without charge, the motion is DENIED.

SO ORDERED. This 9 day of May 2017.

JAMES C. DEVER III
Chief United States District Judge