IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:15-CR-9-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| OCTABIA BOONE, | ) | |
| | ) | |
| Defendant. | ) | |

Octabia Boone filed motions for recommendation regarding residential reentry center placement [D.E. 479, 492]. The court declines to make a recommendation concerning residential reentry center placement. The Bureau of Prisons can make the decision without a recommendation. The motions [D.E. 479, 492] are DENIED without prejudice.

SO ORDERED. This **28** day of January 2019.

Dever
JAMES C. DEVER III
United States District Judge